**Order entered August 23, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01352-CV

### LARRY G. MCCLENDON, Appellant

### V.

### BOBBY SPRINGFIELD, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00488**

## ORDER

Before the Court is appellant's August 10, 2016 motion to abate the appeal and direct the trial court to enter findings of fact and conclusion of law. We **GRANT** the motion.

We **ORDER** the trial court to file findings of fact and conclusions of law **WITHIN THIRTY DAYS** of the date of this order.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, **WITHIN FORTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing the trial court's signed findings of fact and conclusions of law.

Appellant's brief will be due **THIRTY DAYS** after the date the supplemental clerk's record containing the trial court's findings of fact and conclusions of law is filed.

We **ABATE** this appeal for **FORTY-FIVE DAYS** to allow the trial court to comply with this order. The appeal will be **REINSTATED** in forty-five days or when the supplemental clerk's record is filed, whichever occurs sooner.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Presiding Judge of 162nd Judicial District Court, Ms. Pitre, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
JUSTICE